United States District Court
Southern District of Texas
**ENTERED**
June 27, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SALVADOR SEGOVIA, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-03983 |
| | § | |
| NIAZI FAMILY INVESTMENTS, LTD., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed June 8, 2022 (Dkt. No. 22), it is hereby ORDERED that this entire action, including all claims that were or could have been asserted by Plaintiff, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

SIGNED on June 27, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge